STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

EMANUEL VELEZ MALDONADO  Case No. 10-04433-BKT
CHARLOTTE CABRERA SEMIDEY   Chapter 13   Attorney Name: JIMENEZ QUINONES LAW OFFICES*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: July 08, 2010
Time: 9:12 am   Track: 016
[✓] This is debtor(s) 1 Bankruptcy filing.
Liquidation Value: 0
Creditors
none.

## II. Oath Administered
[✓] Yes   [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09  [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income
   [ ] Missing  [✓] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete  [ ] Missing
[ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

mass loans $1,350.- 2nd half of April.

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

EMANUEL VELEZ MALDONADO  Case No. 10-04433-BKT
CHARLOTTE CABRERA SEMIDEY  Chapter 13  Attorney Name: JIMENEZ QUINONES LAW OFFICES*

VI. Plan (Cont.)
   Date: May, 24, 2010   Base $ 11,580.00   [X] Filed   Evidence of Pmt shown: _____
   Payments  0  made out of  1  due.   [ ] Not Filed

VII. Confirmation Hearing Date: July, 23, 2010

VIII. Attorney's fees as per R. 2016(b)
   $3,000.00 - $ 350.00  = $ 2,650.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor   [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

not servicemembers. (1) Debtors should amend their 2006 thru 2008 tax returns, since although married & together they filed as single and head of household. (2) Debtors are to clarify that number of heirs is 5 not 4.

_____  Date: July 08, 2010
Trustee/Presiding Officer
(Rev.