IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EMMANUEL VELEZ MALDONADO
CHARLOTTE CABRERA SEMIDEY

DEBTOR(S)

CASE NO. 10-04433

CHAPTER 13

INFORMATIVE MOTION
(AMENDED CHAPTER 13 PLAN)

TO THE HONORABLE COURT:

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the filing of an Amended Chapter 13 Plan pursuant to Rule 1009:

   a. Amended Chapter 13 Plan to provide:

      *i.* **periodic payments from the Christmas Bonus,**

      *ii.* **treatment to secured creditor RG Mortgage (POC #3), and**

      *iii.* **revise the language for the treatment of secured creditor BBVA.**

WHEREFORE applicant(s) pray(s) from this Honorable Court to take notice and allow filing of the amended plan.

**RESPECTFULLY SUBMITTED.**

NOTICE: Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Case No. 10-04433
Page 2

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 13 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, August 13, 2010.

<u>s/JOSE L. JIMENEZ QUINONES</u>
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. **10-04433-13**

**VELEZ MALDONADO, EMANUEL & CABRERA SEMIDEY, CHARLOTTE**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **8/13/2010**
☐ PRE ☐ POST-CONFIRMATION   Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **193.00** x **60** = $ **11,580.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **11,580.00**

Additional Payments:
$ **2,500.00** to be paid as a LUMP SUM within **55 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**CONTRIBUTIONS OF $500.00 FROM CHRISTMAS BONUS EACH DECEMBER (2010, 2011, 2012, 2013 AND 2014) DURING THE LIFE OF THE PLAN.**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **14,080.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,650.00**

Signed: **/s/ EMANUEL VELEZ MALDONADO**
Debtor

**/s/ CHARLOTTE CABRERA SEMIDEY**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **PRAMCO CV9, LLC**   Cr. **RG MORTGAGE COR**   Cr. ___
# **0156**   # **0780**   # ___
$ **2,923.56**   $ **827.45**   $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**   Cr. ___   Cr. ___
# **1852**   # ___   # ___
$ **3,295.43**   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**ADMINISTRACION D    PRAMCO CV9, LLC    RG MORTGAGE COR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**1- PRE- CONFIRMATION PAYMENTS WILL BE MADE TO BBVA FOR THE AMOUNT OF $150.00 UNTIL THE CONFIRMATION OF THE PLAN.**

**2- POST-CONFIRMATION ADEQUATE PROTECTION PAYMENTS WILL BE MADE TO BBVA UPON THE MATURITY DATE OF ITS CAR LOAN, IT IS ESTIMATED IN THE AMOUNT OF $1,500.00 THROUGH EASTER AMERICA INSURANCE COMPANY.**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**   Phone: **(787) 282-9009**

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-04433-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Fri Aug 13 16:57:32 AST 2010 | BANCO BILBAO VIZCAYA<br>ANGEL VAZQUEZ BAUZA ESQ<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 |
| PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 | PRAMCO CV9 LLC<br>ATTN IMP<br>230 CROSSKEYS OFFICE PARK<br>FAIRPORT, NY 14450-3510 | RG MORTGAGE CORPORATION as service agent for<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ADMINISTRACION DE LOS SISTEMAS DE RETIRO<br>DE LOS EMPLEADOS DEL GOB. Y LA JUDICATUR<br>P.O. BOX 42003<br>SAN JUAN, PR 00940-2203 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998-1537 | AT&T MOBILITY<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | BANCO BILBAO VIZCAYA<br>P.O. BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO BILBAO VIZCAYA ARG<br>ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | BANCO POPULAR DE PUERTO RICO<br>AS PURCHASING AGENT<br>CONSUMER BANKRUPTCY UNIT<br>PO BOX 1450<br>MAYAGUEZ PR 00681-1450 | BANK OF AMERICA<br>P.O. BOX 2518<br>WILMINGTON, DE 19805-0518 |
| BELL,LLC<br>1411 N WESTSHORE BLVD STE 100<br>TAMPA, FL 33607-4528 | BELL,LLC<br>DEPT. 23022<br>P.O. BOX 1259<br>OAKS, PA 19456-1259 | CINGULAR WIRELESS<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 |
| CITIBANK SD / SEARS<br>8725 W SAHARA AVE MC02-02-03<br>THE LAKES, NV 89163-0002 | CITIFINANCIAL<br>300 SAINT PAUL PL<br>BALTIMORE, MD 21202-2120 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPTO. DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | FIRST PREMIER BANK<br>BANKCARD SERVICES<br>P.O. BOX 15026<br>WILMINGTON, DE 19850-5026 | FRANCISCO FERNANDEZ CHIQUES,ESQ.<br>USDC NUMBER 215803<br>P.O. BOX 9749<br>SAN JUAN, PR 00908-0749 |
| GE MONEY BANK<br>PO BOX 960061<br>ORLANDO, FL 32896-0061 | GE MONEY BANK<br>PO BOX 981400<br>EL PASO, TX 79998-1400 | LVNV FUNDING, LLC<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MIDWEST SERVICING, INC<br>230 CROSSKEYS OFFICE PARK<br>FAIRPORT, NY 14450-3510 | NCO FINANCIAL<br>PO BOX 13584<br>PHILADELPHIA, PA 19101 |

| | | |
|---|---|---|
| NCO FINANCIAL SYSTEMS<br>PO BOX 15630<br>WILMINGTON, DE 19850-5630 | NCO PORTFOLIO MANAGEMENT<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | OLD NAVY<br>PO BOX 530942<br>ATLANTA, GA  30353-0942 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>129 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541-0914 |
| PRAMCO CV9, LLC<br>PO BOX 70195<br>SAN JUAN, PR  00936-8195 | RESURGENT ACQUISITION LLC<br>RESURGENT CAPITAL SERVICES, LP<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | RG MORTGAGE CORPORATION<br>PO BOX 362394 280 JESUS T PINERO AVE<br>SAN JUAN, PR  00936 |
| SEARS<br>CARD SERVICE CENTER<br>PO BOX 6283<br>SIOUX FALLS, SD  57117-6283 | SECURITY CREDIT SERVICES LLC<br>2323 W OXFORD LOOP<br>OXFORD, MS  38655 | TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>P.O. BOX 9024140<br>SAN JUAN, PR  00902-4140 |
| VALENTINE & KEBARTAS, INC.<br>P.O. BOX 325<br>LAWRENCE, MA 01842-0625 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | CHARLOTTE CABRERA SEMIDEY<br>URB. METROPOLIS<br>2G18A CALLE 35<br>CAROLINA, PR 00987-7470 |
| EMANUEL VELEZ MALDONADO<br>URB. METROPOLIS<br>2G18A  CALLE 35<br>CAROLINA, PR 00987-7470 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | JOSE L JIMENEZ QUINONES<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON<br>SUITE 1118<br>SAN JUAN, PR 00918-2007 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 12914
NORFOLK, VA  23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.